TRAVIS W. GERBER, ESQ.
Nevada State Bar No. 8083
ZACHARY A. GERBER, ESQ.
Nevada State Bar No. 13128
GERBER LAW OFFICES, LLP
491 4th Street
Elko, Nevada 89801
(775) 738-9258
(775) 738-8198
zag@gerberlegal.com

Attorneys for Defendant
SHECKY OVERHOLSER

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MEGHAN FOBES, | Case No. 3:18-cv-00466-MMD-WGC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION** |
| SHECKY JAMES OVERHOLSER; PETE NIELSEN, in his official capacity; and DOES I through X, | |
| Defendants. | |

## STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION

## FOR PRELIMINARY INJUNCTION

COME NOW, Plaintiff, MEGHAN FOBES, by and through her undersigned counsel RHEA GERTKEN, ESQ., and DAVID OLSHAN, ESQ., of NEVADA LEGAL SERVICES, INC., and Defendant SHECKY JAMES OVERHOLSER, by and through undersigned counsel TRAVIS W. GERBER, ESQ., and ZACHARY A. GERBER, ESQ., of GERBER LAW OFFICES, LLP, and hereby stipulate and agree to extend the time for Defendant SHECKY JAMES OVERHOLSER, to file his response to Motion for Preliminary Injunction from October 16, 2018, to Friday, October 19, 2018.

///

///

///

DATED this 16th day of October, 2018.

                                    **GERBER LAW OFFICES, LLP**

                                    By: _____
                                        TRAVIS W. GERBER, ESQ.
                                        Nevada State Bar No. 8083
                                        ZACHARY A. GERBER, ESQ.
                                        Nevada State Bar No. 13128
                                        491 4th Street
                                        Elko, Nevada 89801
                                        (775) 738-9258
                                        ATTORNEYS FOR DEFENDANT
                                        SHECKY JAMES OVERHOLSER

DATED this 16th day of October, 2018.

                                    **NEVADA LEGAL SERVICES, INC.**

                                    By: ___/s/ Rhea Gertken_____
                                        RHEA GERTKEN, ESQ.
                                        Nevada State Bar No. 9946
                                        DAVID OLSHAN, ESQ.
                                        Nevada State Bar No. 4126
                                        204 Marsh Avenue, Suite 101
                                        Reno, Nevada 89509
                                        (775) 824-3491
                                        ATTORNEYS FOR PLAINTIFF
                                        MEGHAN FOBES

                                    **ORDER**

The foregoing Stipulation of the parties having come regularly before the Court for review, and good cause appearing to the satisfaction of the Court:

**IT IS HEREBY ORDERED** that Defendant's, SHECKY JAMES OVERHOLSER, time for filing his response to Motion for Preliminary Injunction shall be extended from October 16, 2018, to Friday, October 19, 2018.

**IT IS SO ORDERED,** this 17th day of October, 2018.

                                    _____
                                    U.S. DISTRICT JUDGE