TRAVIS W. GERBER, ESQ.
Nevada State Bar No. 8083
ZACHARY A. GERBER, ESQ.
Nevada State Bar No. 13128
GERBER LAW OFFICES, LLP
491 4th Street
Elko, Nevada 89801
(775) 738-9258
(775) 738-8198
zag@gerberlegal.com

Attorneys for Defendant
SHECKY OVERHOLSER

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MEGHAN FOBES, | Case No. 3:18-cv-00466-MMD-WGC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION** |
| SHECKY JAMES OVERHOLSER; PETE NIELSEN, in his official capacity; and DOES I through X, | (Second Request) |
| Defendants. | |

**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION**

**FOR PRELIMINARY INJUNCTION**

(Second Request)

COME NOW, Plaintiff, MEGHAN FOBES, by and through her undersigned counsel RHEA GERTKEN, ESQ., and DAVID OLSHAN, ESQ., of NEVADA LEGAL SERVICES, INC., and Defendant SHECKY JAMES OVERHOLSER, by and through undersigned counsel TRAVIS W. GERBER, ESQ., and ZACHARY A. GERBER, ESQ., of GERBER LAW OFFICES, LLP, and hereby stipulate and agree to a second extension of time for Defendant SHECKY JAMES OVERHOLSER, to file his response to Motion for Preliminary Injunction from Friday, October 19, 2018, to Friday, October 26, 2018, due to the parties exchanging settlement offers and to allow Defendant's counsel additional time to respond by filing a response. A previous extension of time to

file a response was granted by this Court, from October 16, 2018, to Friday, October 19, 2018 [EFC 11].

DATED this 19th day of October, 2018.

**GERBER LAW OFFICES, LLP**

By: _____
TRAVIS W. GERBER, ESQ.
Nevada State Bar No. 8083
ZACHARY A. GERBER, ESQ.
Nevada State Bar No. 13128
491 4th Street
Elko, Nevada 89801
(775) 738-9258
ATTORNEYS FOR DEFENDANT
SHECKY JAMES OVERHOLSER

DATED this 19th day of October, 2018.

**NEVADA LEGAL SERVICES, INC.**

By: /s/ Rhea Gertken
RHEA GERTKEN, ESQ.
Nevada State Bar No. 9946
DAVID OLSHAN, ESQ.
Nevada State Bar No. 4126
204 Marsh Avenue, Suite 101
Reno, Nevada 89509
(775) 824-3491
ATTORNEYS FOR PLAINTIFF
MEGHAN FOBES

## ORDER

The foregoing Stipulation of the parties having come regularly before the Court for review, and good cause appearing to the satisfaction of the Court:

**IT IS HEREBY ORDERED** that Defendant's, SHECKY JAMES OVERHOLSER, time for filing his response to Motion for Preliminary Injunction shall be extended from Friday, October 19, 2018, to Friday, October 26, 2018.

**IT IS SO ORDERED,** this 22nd day of October, 2018.

_____