1 **JOINTLY FILED**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MEGHAN FOBES,<br><br>　Plaintiff,<br><br>v.<br><br>SHECKY JAMES OVERHOLSER; PETE NIELSEN, in his official capacity; and DOES I through X,<br><br>　Defendants.<br><br>SHECKY JAMES OVERHOLSER,<br><br>　Counter-Claimant,<br><br>v.<br><br>MEGHAN FOBES,<br><br>　Counterdefendant. | Case No. 3:18-cv-00466-MMD-CBC<br><br>**STIPULATION AND ORDER REGARDING PRELIMINARY INJUNCTION AND HEARING**<br><br>Date of Hearing: 11/13/18<br>Time of Hearing: 9 a.m. |

Plaintiff/Counterdefendant, MEGHAN FOBES ("Meghan"), and Defendant/Counter-Claimant, SHECKY JAMES OVERHOLSER ("Shecky"), by their respective counsels, do hereby stipulate and agree that the Motion for Preliminary Injunction (ECF #3) filed by Meghan is withdrawn. The parties also seek to vacate the preliminary injunction hearing scheduled for November 13, 2018, at 9 a.m.

/ / /

/ / /

1

AGREED TO BY:

**NEVADA LEGAL SERVICES, INC.**

By: ___/s/ David Olshan_____
DAVID OLSHAN, ESQ.

By:___/s/ Rhea Gertken_____
RHEA GERTKEN, ESQ.

**GERBER LAW OFFICES, LLP**

By:_____/s/ Zachary A. Gerber_____
ZACHARY A. GERBER, ESQ.

IT IS ORDERED. THE HEARING SCHEDULED FOR NOVEMBER 13, 2018, IN THIS MATTER IS VACATED.

Dated: November 7, 2018

_____
UNITED STATES DISTRICT JUDGE or
UNITED STATES MAGISTRATE JUDGE