TRAVIS W. GERBER, ESQ.
Nevada State Bar No. 8083
ZACHARY A. GERBER, ESQ.
Nevada State Bar No. 13128
GERBER LAW OFFICES, LLP
491 4th Street
Elko, Nevada 89801
(775) 738-9258
(775) 738-8198
zag@gerberlegal.com

Attorneys for Defendant
SHECKY OVERHOLSER



☑ FILED        ___ RECEIVED
___ ENTERED    ___ SERVED ON
               COUNSEL/PARTIES OF RECORD

JAN 17 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MEGHAN FOBES, | Case No.   3:18-cv-00466-MMD-WGC |
| Plaintiff, | ORDER |
| vs. | **MOTION TO APPEAR TELEPHONICALLY RE: CONTINUED CASE MANAGEMENT CONFERENCE** |
| SHECKY JAMES OVERHOLSER; PETE NIELSEN, in his official capacity; and DOES I through X, | |
| Defendants. | |

## MOTION TO APPEAR TELEPHONICALLY RE: CONTINUED CASE MANAGEMENT CONFERENCE

COMES NOW, ZACHARY A. GERBER, ESQ., of GERBER LAW OFFICES, LLP, attorney for Defendant, SHECKY JAMES OVERHOLSER, and hereby submits this *Motion to Appear Telephonically Re: Case Management Conference* for the Continued Case Management Conference scheduled to be heard in the above-entitled Court on Friday, January 18, 2019, at 9:30 a.m., in the matter of *Meghan Fobes vs. Shecky James Overholser, et al.*

An Order re: Motion to Appear Telephonically Re: Case Management Conference [35] was entered on December 11, 2018, allowing Defendant, SHECKY JAMES OVERHOLSER's counsel to appear telephonically at the Case Management Conference held Friday, December 14, 2018, at 10:00 a.m., in the above-entitled Court. During said hearing, it was indicated that out of town counsel would again be permitted to appear telephonically for the Continued Case Management Conference set for Friday, January 18, 2019, at 9:30 a.m.

1   Accordingly, given that Counsel, ZACHARY A. GERBER, ESQ., is located in Elko, Nevada, Defendant respectfully moves to allow his attorney, ZACHARY A. GERBER, ESQ., to appear at the Continued Case Management Conference telephonically from Mr. Gerber's office.

For the purpose of this appearance ZACHARY A. GERBER, ESQ., can be reached at the following telephone number (775) 738-9258. Should the Court require Counsel to call in, Counsel will call the appropriate number, along with access code and security code at the time of the hearing, or at such time the Court orders.

DATED this 16th day of January, 2019.

GERBER LAW OFFICES, LLP

By: _____
TRAVIS W. GERBER, ESQ.
Nevada State Bar No. 8083
ZACHARY A. GERBER, ESQ.
Nevada State Bar No. 13128
491 4th Street
Elko, Nevada 89801
(775) 738-9258
ATTORNEYS FOR
DEFENDANT/COUNTER-CLAIMANT
SHECKY JAMES OVERHOLSER

IT IS SO ORDERED
_____
U.S. MAGISTRATE JUDGE
DATED: 1/17/2019