# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MEGHAN FOBES,<br><br>  Plaintiff,<br><br>v.<br><br>SHECKY JAMES OVERHOLSER; PETE NIELSEN, in his official capacity; and DOES I through X,<br><br>  Defendants. | Case No. 3:18-cv-00466-MMD-CBC<br><br>ORDER RE:<br><br>**STIPULATION TO DISMISS** |
| SHECKY JAMES OVERHOLSER,<br><br>  Counter-Claimant,<br><br>v.<br><br>MEGHAN FOBES,<br><br>  Counterdefendant. | |

Plaintiff/Counterdefendant MEGHAN FOBES, Defendant/Counter-Claimant SHECKY JAMES OVERHOLSER, and Defendant PETE NIELSEN hereby stipulate and agree to dismiss this matter without prejudice pursuant to FRCP 41. Each party shall bear his or her own fees and costs.

1

IT IS SO STIPULATED.

Dated this 18th day of June, 2019.

<u>NEVADA LEGAL SERVICES, INC.</u>

By: <u>/s/ Rhea Gertken</u>
RHEA GERTKEN, ESQ.
Nevada Bar No. 9946
204 Marsh Ave., Ste. 101
Reno, Nevada 89509

DAVID OLSHAN, ESQ.
Nevada Bar No. 4126
701 E. Bridger Ave., Suite 700
Las Vegas, Nevada 89101
Attorneys for Plaintiff, MEGHAN FOBES


<u>ERICKSON, THORPE & SWAINSTON LTD.</u>

By: <u>/s/ Brent Ryman</u>
BRENT L. RYMAN, ESQ.
Nevada Bar No. 8648
99 W. Arroyo Street
Reno, Nevada 89509
Attorney for Defendant, PETE NIELSEN

<u>GERBER LAW OFFICES</u>

By: <u>/s/ Zachary Gerber</u>
ZACHARY A. GERBER, ESQ.
Nevada Bar No. 13128
491 4th Street
Elko, Nevada 89801
Attorney for Defendant/Counterclaimant, SHECKY JAMES OVERHOLSER

Per this stipulation between the parties, this case is dismissed. The Clerk of Court is directed to close this case.

DATED THIS 19th day of June 2019.

MIRANDA M. DU
U.S. DISTRICT COURT JUDGE